1  SEAN P. FLYNN (SBN: 15408)
   **GORDON REES SCULLY MANSUKHANI**
2  300 S. 4th Street, Suite 1550
   Las Vegas, NV 89101
3  Telephone:  (775) 467-2610
   E-Mail:     sflynn@grsm.com
4

5  Attorneys for Defendant
   IQ DATA INTERNATIONAL, INC.
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JAYME O'CONNOR, BRYCE BOWMAN, AXEL SACAYON,<br><br>Plaintiffs,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC., et al.,<br><br>Defendant. | CASE NO. 2:23-cv-01149-JAD-BNW<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |
|---|---|

WHEREAS, Plaintiffs JAYME O'CONNOR, BRYCE BOWMAN, and AXEL SACAYON ("Plaintiffs") served Defendant IQ DATA INTERNATIONAL, INC., et al., ("IQ Data") with her Complaint on July 27, 2023;

WHEREAS, IQ Data's response to the Complaint was due on August 17, 2023;

WHEREAS, IQ Data obtained an extension to respond to the Complaint to September 25, 2023;

WHEREAS, IQ Data and Plaintiffs require additional time to explore a potential settlement and for informal investigation to be had; and

WHEREAS, IQ Data and Plaintiffs have agreed to stipulate to an extension of time until September 25, 2023 for IQ Data' response to the Complaint.

NOW THEREFORE, IQ Data and Plaintiff respectfully move the court for an extension until **September 25, 2023** to respond to the Complaint in this action.

Dated: August 29, 2023                     **GORDON REES SCULLY MANSUKHANI**

By: _s/_
Sean P. Flynn
Attorneys for Defendant
IQ DATA INTERNATIONAL, INC.

Dated: August 29, 2023                     **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: _s/_
Kevin L. Hernandez
Attorneys for Plaintiffs

## ORDER
**IT IS SO ORDERED**

**DATED:** 6:13 pm, August 30, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**