Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAYME O'CONNOR, an individual; BRYCE BOWMAN, an individual; AXEL SACAYON, an individual; <br><br> Plaintiffs; <br><br> v. <br><br> IQ DATA INTERNATIONAL, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; TRANS UNION LLC, a foreign limited-liability company; <br><br> Defendants. | Case No.: 2:23-cv-01149-JAD-BNW <br><br> **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT IQ DATA INTERNATIONAL, INC. WITH PREJUDICE** <br><br> ECF No. 12 |

Plaintiffs, Jayme O'Connor, Bryce Bowman, and Axel Sacayon ("Plaintiffs") and Defendant, IQ Data International, Inc. ("IQ Data") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

under FRCP 41(a) as to IQ Data, with Plaintiffs and IQ Data bearing their own attorneys' fees and costs incurred in this action.

Dated: October 13, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: October 13, 2023

**GORDON REES SCULLY
MANSUKHANI**

*/s/ Sean P. Flynn*
Sean P. Flynn, Esq.
Nevada Bar No. 15408
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
sflynn@grsm.com
*Attorney for IQ Data International, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF No. 12]**, and good cause appearing, IT IS HEREBY ORDERED that t**he claims against Defendant IQ DATA INTERNATIONAL, INC. are DISMISSED WITH PREJUDICE**, each side bearing their own fees and costs. And because this dismissal leaves no claims or parties pending, IT IS FURTHER ORDERED that the Clerk of Court is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
October 16, 2023